

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-97,124-01

### EX PARTE CATRINA RENEE GUY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-4-W012724-1592780-A  IN THE CRIMINAL DISTRICT NO. 4 TARRANT COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of murder and sentenced to thirty-nine years' imprisonment. The Sixth Court of Appeals affirmed her conviction. *Guy v. State*, No. 06-24-00189-CR (Tex. App.—Texarkana July 14, 2025)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely file a petition for discretionary review on her behalf based on mis-calendaring the deadline to file. Based on the record, the trial court has determined that appellate counsel's performance was deficient and that Applicant was prejudiced.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in cause number 06-24-00189-CR. Should Applicant decide to file a petition for discretionary review, must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: December 4, 2025
Do not publish